ASSURED GUARANTY (UK) LTD., in the Right of Itself and of ORKNEY RE II PLC, Respondent, v J.P. MORGAN INVESTMENT MANAGEMENT INC., Appellant.

Submitted October 17, 2011; decided October 20, 2011

Motion by Securities Industry and Financial Markets Association

et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 19 copies filed within seven days.